# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

APRIL VANASSCHE,

    Plaintiff,

v.

SIGN FABRICATORS, INC.,

    Defendant.

Case No: 2:20-cv-12518

Hon. Denise Page Hood

| Batey Law Firm, PLLC | Law Offices of John T. Hermann |
|---|---|
| SCOTT P. BATEY (P54711) | JOHN T. HERMANN (P52858) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | 2684 West Eleven Mile Road |
| Bingham Farms, MI  48025 | Berkley, MI  48072 |
| (248) 540-6800-telephone | (248) 591-9291-telephone |
| (248) 540-6814-fax | (248) 591-2304-fax |
| sbatey@bateylaw.com | Hermannlawoffices@comcast.net |

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without attorney fees or costs to any party.

IT IS SO ORDERED.

Dated:  March 9, 2022

s/Denise Page Hood
United States District Judge

2

Approved as to Form:

| /s/Scott P. Batey | /s/ John T. Hermann *(w/consent)* |
|---|---|
| Scott P. Batey (P54711) | John T. Hermann (P52858) |
| Attorney for Plaintiff | Attorney for Defendant |